No. 22-30371

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

James Michael Jones,
Plaintiff

v.

Certain Underwriters at Lloyds, London, subscribing to Cover Note (Unique Market Reference or UMR) B1262SM0446416, doing business as Osprey Underwriting Agency, Limited,

Intervenor Plaintiff - Appellant

v.
Cox Operating, L.L.C.,

Defendant - Appellee

On Appeal from

United States District Court for the Eastern District of Louisiana
2:20-CV-1177

MOTION FOR EXTENSION OF TIME TO FILE PETITION
FOR PANEL REHEARING

SUBMITTED BY:
Harry E. Morse
Martin S. Bohman
Bohman Morse, L.L.C.
400 Poydras Street
New Orleans, LA 70130

Appellant Certain Underwriters at Lloyds, London, subscribing to Cover Note (Unique Market Reference or UMR) B1262SM0446416, doing business as Osprey Underwriting Agency, Limited (P&I Underwriters) respectfully moves this Court to extend the deadline to file a petition for panel rehearing by thirteen days, from October 27, 2023 until November 9, 2023.

P&I Underwriters ask this Court to extend the deadline so counsel and client can more thoroughly discuss this Court's ruling and determine whether P&I Underwriters believe a petition for panel rehearing would be called-for, and if so, the scope of that petition.

P&I Underwriters have not asked for any other continuances during the pendency of this appeal. Counsel for appellee Cox Operating, LLC has been contacted and consents to this motion.

                                              SUBMITTED BY:
                                              <u>S/Harry E. Morse</u>
                                              Harry E. Morse
                                              Martin S. Bohman
                                              Bohman Morse, L.L.C.
                                              400 Poydras Street
                                              New Orleans, LA 70130

## CERTIFICATE OF SERVICE

This is to certify that on October 24, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure upon all counsel of record, and has been transmitted to the Clerk of Court.

S/Harry E. Morse

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.1: this document contains 112 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5), and 5th Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in Times New Roman 14.

S/Harry E. Morse