# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 24, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-30371    Certain Underwriters v. Cox Operating
                      USDC No. 2:20-CV-1177

The court has denied the motion to extend time for filing a petition for rehearing in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Majella A. Sutton, Deputy Clerk
                                504-310-7680

Mr. Martin Stewart Bohman
Ms. Amanda Howard Lowe
Mr. Harry E. Morse
Ms. Karen Waters Shields