# United States Court of Appeals for the Fifth Circuit

---

No. 22-30371

---

James Michael Jones,

*Plaintiff,*

*versus*

Certain Underwriters at Lloyds, London,

*Intervenor Plaintiff—Appellant,*

*versus*

Cox Operating, L.L.C.,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-1177

---

ON PETITION FOR REHEARING

Before Stewart, Dennis, and Southwick, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that the petition for rehearing is DENIED.