# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2022

Mr. Martin Stewart Bohman
Bohman Morse, L.L.C.
400 Poydras Street
Suite 2050
New Orleans, LA 70130

Ms. Karen Waters Shipman
Kean Miller, L.L.P.
909 Poydras Street
Suite 3600
New Orleans, LA 70112

No. 22-30371   Certain Underwriters v. Cox Operating
USDC No. 2:20-CV-1177

Dear Counsel,

Each party must submit the **7 paper copies of your briefs** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Appellant's Principal Brief – Blue durable covers

Appellee's Principal Brief – Red durable covers

Appellant's Reply Brief – Gray durable covers

Appellant must submit the **4 paper copies of your record excerpts** (white durable covers) required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". You may print the brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

cc:
    Ms. Amanda Howard Lowe
    Mr. Harry E. Morse