# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 13, 2023
Lyle W. Cayce
Clerk

No. 22-30371

Certain Underwriters at Lloyds, London,

*Plaintiff—Appellant*,

*versus*

Cox Operating, L.L.C.,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-1177
_____

Before Stewart, Dennis, and Southwick,[*] *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

---

[*] Judge Southwick concurs in the judgment.

No. 22-30371

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued as the mandate on **Nov 16, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**